People v Ramirez (2020 NY Slip Op 51153(U))

[*1]

People v Ramirez (Javier)

2020 NY Slip Op 51153(U) [69 Misc 3d 129(A)]

Decided on October 2, 2020

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on October 2, 2020
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Edmead, P.J., Cooper, Higgitt, JJ.

&em;

The People of the State of New 
 York, Respondent,
against
Javier Ramirez,
Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, New
York County (Anne J. Swern, J.), rendered January 30, 2019, convicting him, upon a plea of
guilty, of disorderly conduct, and imposing sentence.

Per Curiam.
Judgment of conviction (Anne J. Swern, J.), rendered January 30, 2019, reversed, on the law,
and the accusatory instrument dismissed.
Reversal of the judgment of conviction and dismissal of the accusatory instrument charging
defendant with criminal possession of stolen property in the fifth degree (see Penal Law
§ 165.40) is mandated since, as the People concede, the allegations in the accusatory
instrument were jurisdictionally insufficient to meet the "stolen property" element of the
offense.THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: October 2, 2020